UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

STEVEN CODY-OBAMA                                                                                   PLAINTIFF
ADC #145160

V.                                              No. 4:22CV00200-JM

JOHN OSCAR HUDSON, Corporal,
Varner Supermax, ADC, *et al*.                                                              DEFENDANTS

## JUDGMENT

Consistent with the Order entered separately today, this case is dismissed without prejudice. All relief sought is denied, and the case is closed.

IT IS SO ORDERED this 31st day of March, 2022.

_____
UNITED STATES DISTRICT JUDGE